# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN LARUE SCOTT,
            Appellant,

vs.

GEORGE LEAKS, M.D.,
            Respondent.

No. 74760

FILED

MAY 0 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. James Crockett, District Judge
        Steven Larue Scott
        Attorney General/Carson City
        Attorney General/Las Vegas
        Eighth District Court Clerk

18-16669